IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Case No. 10-cv-01350-PAB

RICHARD BEAUPREZ,

    Plaintiff,

v.

PRINSBANK, and
CAPFINANCIAL CV2, LLC,

    Defendants.

## ORDER

This matter is before the Court on the Recommendation of United States Magistrate Judge ("Recommendation") [Docket No. 16] filed on August 25, 2010. Magistrate Judge Kathleen M. Tafoya recommends that the Court deny plaintiff's motion for entry of default judgment [Docket No. 13]. Plaintiff did not file an objection to the Recommendation. Defendants, however, filed a response to plaintiff's motion [Docket No. 23] on September 7, 2010. Plaintiff filed an untimely reply to defendant's response on October 1, 2010 [Docket No. 24] in which he did not address the basis for the magistrate judge recommending the denial of his motion.

In the absence of an objection, the district court may review a magistrate judge's recommendation under any standard it deems appropriate. *Summers v. Utah*, 927 F.2d 1165, 1167 (10th Cir. 1991); *see also Thomas v. Arn*, 474 U.S. 140, 150 (1985) ("[i]t does not appear that Congress intended to require district court review of a magistrate's factual or legal conclusions, under a *de novo* or any other standard, when neither party

objects to those findings"). In this matter, I have reviewed the Recommendation to satisfy myself that there is "no clear error on the face of the record."[1] *See* Fed. R. Civ. P. 72(b), Advisory Committee Notes.

Based on this review, I have concluded that the Recommendation is a correct application of the facts and the law. As the Recommendation correctly notes, defendant has filed a motion to dismiss [Docket No. 8], and the Clerk of the Court denied [Docket No. 11] plaintiff's request for entry of default [Docket No. 7]. *Cf. Williams v. Smithson*, No. 95-7019, 1995 WL 365988 at *1 (10th Cir. June 20, 1995) (unpublished table opinion) (citing *Meehan v. Snow*, 652 F.2d 274, 276 (2d Cir.1981)); *Nasious v. Nu-Way Real Estate*, No. 07-cv-01177-REB-MEH, 2008 WL 659667, at *1 (D.Colo. Mar. 6, 2008). The Court's review reveals nothing on the face of the record that would warrant entry of default judgment against defendant. Accordingly, it is

**ORDERED** that the Recommendation of United States Magistrate Judge [Docket No. 16] is ACCEPTED. It is further

**ORDERED** that plaintiff's motion for entry of default judgment [Docket No. 13] is DENIED. It is further

**ORDERED** that defendants' motion to strike plaintiff's late-filed reply brief [Docket No. 25] is denied as moot.

---

[1] This standard of review is something less than a "clearly erroneous or contrary to law" standard of review, Fed. R. Civ. P. 72(a), which in turn is less than a *de novo* review. Fed. R. Civ. P. 72(b).

DATED October 12, 2010.

BY THE COURT:

s/Philip A. Brimmer
PHILIP A. BRIMMER
United States District Judge